# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY MILLER

NO. 2024 KW 0165

**APRIL 4, 2024**

---

In Re:    Randy Miller, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 40507.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** The records of the Livingston Parish Clerk of Court reflect that the district court denied the motion to quash on January 10, 2024.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT